IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENORRIS LEE, JR.,<br><br>Plaintiff,<br><br>v.<br><br>MELODY M. MADDOX, Sheriff of DeKalb County, in her INDIVIDUAL capacity; and JOHN DOE #1 - #10, in their INVIDIDUAL capacities.<br><br>Defendants. | Civil Action No.<br><br>(State Court of DeKalb County, State of Georgia, Civil Action File No: 26A00167) |

**NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Melody M. Maddox, Sheriff of DeKalb County, ("Sheriff Maddox"), files this notice of removal based on the following:

**STATEMENT OF CASE**

1.

Sheriff Maddox is a named defendant in a civil action filed by Plaintiff Denorris Lee, Jr. ("Plaintiff") in the State Court of DeKalb County, Georgia, on January 8, 2026, which was filed as Civil Action No. 26A00167 (the "State Court Action"). A copy of all pleadings filed by Plaintiff in the State Court Action is attached hereto as ***Exhibit A***.

2.

Sheriff Maddox was served with process on January 27, 2026.

**FEDERAL QUESTION AND SUPPLEMENTAL JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1367**

3.

The Complaint asserts claims against Sheriff Maddox pursuant to 42 U.S.C. § 1983 for Failure to Protect/Deliberate Indifference to Substantial Risk of Serious Harm (Count I); and Deliberate Indifference to Serious Medical Needs/Unreasonable Delay in Care (Count II). The Complaint does not assert any claims against Sheriff Maddox under Georgia law.

4.

Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

5.

Accordingly, Plaintiff's Complaint is subject to removal to this Court pursuant to 28 U.S.C. § 1441 and 1446.

**ALL PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

6.

Pursuant to 28 U.S.C. § 1446(a), a copy of all of the pleadings from the State Court Action are filed with this Notice of Removal.

7.

Pursuant to 28 U.S.C. § 1446(d), the Defendants are filing a copy of this Notice of Removal with the State Court of DeKalb County, Georgia. See ***Exhibit B***.

8.

Out of an abundance of caution, Sheriff Maddox attaches as ***Exhibit C***, a completed Civil Cover Sheet for this action.

Respectfully submitted, this 26th day of February, 2026.

LAURA K. JOHNSON
Deputy County Attorney
Georgia Bar No. 392090

RICHARD B. CAPLAN
Senior Assistant County Attorney
Georgia Bar No. 597634

*Nikisha L. McDonald*
Nikisha L. McDonald
NIKISHA L. MCDONALD
Supervising Attorney
Georgia Bar No. 489573

PLEASE ADDRESS ALL FUTURE COMMUNICATIONS TO:

Laura K. Johnson
Deputy County Attorney
lkjohnson@dekalbcountyga.gov

Nikisha L. McDonald
Supervising Attorney
nmcdonald@dekalbcountyga.gov

Richard B. Caplan
Senior Assistant County Attorney
rbcaplan@dekalbcountyga.gov

DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011

**CERTIFICATE OF SERVICE AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system (which document was prepared in Times New Roman font, 14-point type, one of the font and point selections approved by the Court in N.D. Ga. L.R. 5.1(C)), which will automatically send e-mail notification of such filing to the following attorneys of record:

Thomas Sizemore
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
teamsizemore@poulinwilley.com

This 26th day of February, 2026.

*Nikisha L. McDonald*
Nikisha L. McDonald
NIKISHA L. MCDONALD
Supervising Attorney
Georgia Bar No. 489573
*Counsel for Sheriff Maddox*